**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated: March 12 2019**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | * | Case No. 18-33894 |
| SUMMERS, ASHLEY RENEE, | * | Hon. John P. Gustafson<br>U.S. Bankruptcy Judge |
| Debtor(s) | * | |

**ORDER RELATING TO MOTION FOR TURNOVER OF 2018 TAX RETURNS/REFUNDS AND THE SETTING OF CERTAIN VALUES**

This matter came before the Court upon the filing of the Motion for Turnover of 2018 Tax Returns/Refunds and the Setting of Certain Values.

The Court finds that the Trustee gave to all appropriate persons notice of his intended action.

Good cause thus exists to grant to the Trustee the relief that he seeks.

WHEREFORE, IT IS ORDERED That the motion of the Trustee is GRANTED. The debtor is directed to turn over to the Trustee copies of her 2018 federal, state, local, and, if appropriate, school district tax returns.

IT IS FURTHER ORDERED that the debtor is directed to surrender the non-exempt portion of her 2018 federal, state, local, and, if appropriate, school district tax refunds to the Trustee within ten (10) days of their receipt.

IF IS FURTHER ORDERED that the debtor is directed to take no post-petition action that results in a reduction of the value of the potential estate asset. The Trustee's records reflect that he is entitled to 95.6164% of all tax refunds, less available exemption of $1,520.00.

IT IS SO ORDERED.

LIST OF PARTIES TO BE SERVED

Office of the United States Trustee
(Registered User)@usdoj.gov

M. Elizabeth Martindell
elizabethMartindell@gmail.com

Mia L. Conner
Joel K. Jensen
nohbk@lsrlaw.com

Ashley Renee Summers
5409 Columbus Sandusky Road, N
Marion, OH 43302

Bruce C. French, Trustee
brucecfrench@earthlink.net